IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11cr234 |
| | § | Judge Schell |
| JOSE IVAN JIMENEZ (2) | § | |

## **UNOPPOSED MOTION TO DISMISS INDICTMENT**

The United States respectfully requests that the Court dismiss without prejudice to refiling the Indictment pending against defendant Jose Ivan Jimenez.  The government states that such dismissal is in the interests of justice and will ensure efficiency and judicial economy, and further notes that Mr. Jimenez has been placed in a pretrial diversion program relating to these charges under the supervision of the United States Probation Office.  Counsel for Mr. Jimenez does not oppose this motion.

Respectfully submitted,

JOHN M. BALES
United States Attorney

 /s/
Shamoil T. Shipchandler
Assistant United States Attorney
Texas Bar No. 24028533
101 East Park Boulevard, Suite 500
Plano, Texas 75074
tel: (972) 509-1201
fax: (972) 509-1209
email: shamoil.shipchandler@usdoj.gov

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for the defendant does not oppose the Government's motion.

Dated: September 12, 2012.

/s/_____
Shamoil T. Shipchandler

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this motion was provided by electronic filing to counsel of record in this case:

Dated: September 12, 2012.

/s/_____
Shamoil T. Shipchandler